**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Jonathan G. Lebedoff<br>U.S. Chief Magistrate Judge |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: CR 01-366 JMR/RLE |
| | ) | Date: May 18, 2005 |
| **Derek Lee Thunder (01),** | ) | Court Reporter: None |
| | ) | Tape Number: Not available |
| Defendant. | ) | Time Commenced: 3:10 p.m. |
| | | Time Concluded: 3:15 p.m. |
| | | Time in Court: 5 Minutes |

## APPEARANCES:

**Plaintiff:** Tom Hollenhorst
Assistant U.S. Attorney

**Defendant:** Katherine Menendez
T FPD 9 CJA 9 Retained T To be appointed

Interpreter: NA // English
Date Charges Filed: May 4, 2005 Offense: Leaving facility without permission
TCharges read into record 9 Waived Reading of Charges T Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release T**Supervised Release**

9 Charges from other District ____________________________________________

T Government moves for detention.
Motion is: T granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

Bond set in the amount of ____________ with conditions, see Order Setting Conditions of Release.

Next appearance date is May 19, 2005 at 2:30 p.m. before Chief Magistrate Judge Jonathan G. Lebedoff for:

T detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg T preliminary revocation hrg

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information:

s/Joan Flood
Signature of Judicial Assistant