A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 01-366(1) JMR/RLE**

0541-0504-1029-D

Derek Lee Thunder

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Derek Lee Thunder

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk

May 4, 2005 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 5-17-05
ARRESTED BY USMS-[illegible]
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
MAY 24 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04