UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CR-366(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Derek Lee Thunder | ) | |

This matter is before the Court on the government's petition for final revocation of supervised release. A hearing was held on June 13, 2005, at which defendant admitted failing to notify the probation officer ten days prior to a change in residence or employment. This constitutes a class C violation. See U.S.S.G. § 7B1.1(a)(3). Based on a criminal history category of II, the Guidelines recommend a term of imprisonment of 4-10 months. See U.S.S.G. § 7B1.4.

Having considered the Guidelines' policy statements, and having heard defendant's argument, IT IS ORDERED that:

1. Defendant is committed to the custody of the Bureau of Prisons for a period of time served.

2. Defendant shall be released to the custody of the State of Minnesota Department of Corrections.

3. Defendant is continued on supervised release until the term's original expiration date.

Dated: June 15th, 2005

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge