**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-366(1) (JMR/RLE) |
| | ) | Date: 2/21/06 |
| DEREK LEE THUNDER, | ) | Court Reporter: N/A |
| | ) | Tape Number: 03-340/810 |
| Defendant. | ) | Time Commenced: 2:20 p.m. |
| | ) | Time Concluded: 2:35 p.m. |
| | ) | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Andrew Mohring, Assistant Federal Public Defender

☒ To Be Appointed

Date Charges Filed: 1/24/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered

☒ Detention Hearing Waived ☒ Preliminary Revocation Hearing Waived

☒Defendant detained, Government to prepare proposed Detention Order

☒Counsel to contact Chief Judge James M. Rosenbaum's Chambers for Final Revocation Hearing Date

s/Katie Haagenson
Judicial Assistant