A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

RECEIVED
FEB 22 2006
U.S. DISTRICT COURT MINNESOTA

## WARRANT FOR ARREST

v.

CASE NUMBER: **CR 01-366 (1) JMR/RLE**

Derek Lee Thunder

0641-0125-0384-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Derek Lee Thunder

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

(By) Jackie Ellingson, Deputy Clerk

January 25, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________

Signature of Arresting Officer ______________________

ARRESTED ON 2-17-06
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
FEB 23 2006
U.S. DISTRICT COURT MPLS

DC Modified 12/08/04

criminal\warrant.frm