**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Derek Lee Thunder,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 01-366 JMR/RLE |
| Date: | April 12, 2006 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 9:32 a.m. |
| Time Concluded: | 9:44 a.m. |
| Time in Court: | 12 Minutes |

## APPEARANCES:

Plaintiff: Clifford Wardlaw, Assistant U.S. Attorney
Defendant: Andrew Mohring : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: Custody of BOP for 6 months; credit given for time served. Defendant discharged from supervised release upon release from custody.
: Written order to be issued.

s/Heather Labat
Calendar Clerk