# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**Derek Lee Thunder**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-CR-366(1)(JMR/RLE)**
USM Number: **10226-041**
Social Security Number: **3603**
Date of Birth: **1980**

**Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT:**

[x] admitted guilt to violation of **special condition** of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Residence for 90 days in a community corrections center | January 2006 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**April 12, 2006**
Date of Imposition of Judgment

s/ James M. Rosenbaum
Signature of Judge

**JAMES M. ROSENBAUM**, Chief United States District Judge
Name & Title of Judge

April 18, 2006
Date

DEFENDANT: DEREK LEE THUNDER
CASE NUMBER: 01-CR-366(1)(JMR/RLE)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned **until August 17, 2006.**

[] The court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[] before on .
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on____________________ to ______________________________

at ______________________, with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal

DEFENDANT: DEREK LEE THUNDER
CASE NUMBER: 01-CR-366(1)(JMR/RLE)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **0 months**.
**Defendant's term of supervised release shall be terminated upon his release from imprisonment.**